JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

DONALD SWIGER,

    Petitioner,

v.

BRIAN BIRKHOLZ, Warden,

    Respondent.

Case No. CV 22-5297 DMG (MRW)

**ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL**

    This is a habeas action involving a military prisoner in federal custody. Because of the unique issues involved with Petitioner's claims, Hon. Michael R. Wilner, United States Magistrate Judge, appointed the Federal Public Defender to represent Petitioner.

    After an extended period of litigation and discussion with the assigned magistrate judge, Petitioner wishes to voluntarily dismiss the habeas action pursuant to Federal Rule of Civil Procedure 41(a). (Docket # 43.) The government does not oppose the request.

The request is GRANTED. IT IS ORDERED that the action is dismissed without prejudice.

DATED: May 29, 2024

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE

Presented by:

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE